UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICHARD D. MOORE,

                   Plaintiff,                               18 **CIVIL** 3679 (KMK)

      -against-                                     **JUDGMENT**

THE UNITED STATES OF AMERICA,
                   Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 27, 2020, Defendant's Motion for Summary Judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
         May 28, 2020

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                           **BY:**

                                                          **Deputy Clerk**